MARCUS M. BEEMAN, Respondent, *v.* GEORGE A. BANTA,
Appellant.

(Argued March 5, 1889; decided March 12, 1889.)

MOTION to compel the appellant to file a new undertaking
with sufficient sureties as required by law, on the ground that
one of the sureties to the original undertaking had become
insolvent, or in case of failure the appeal be dismissed. The
appellant asked that in case the court decided to require a new
undertaking it be simply for costs.

The following is the *mem.* of opinion:

"We refuse the request of the defendant to be allowed to
file an undertaking for costs only because, by virtue of his
original undertaking, the plaintiff has been stayed from
enforcing his judgment ever since the appeal to this court
was taken.

"The appellant ought not to have the benefit of such stay
up to the present time, and then by the filing of an under-
taking for costs only retain his appeal and leave the plaintiff
in a possibly much worse condition towards obtaining the

fruits of his judgment than he would have been in had the right of enforcement continued from the time of its entry."

*Baldwin, Lewis & Kennedy* for motion.

*John H. Parsons* opposed.

*Per Curiam mem.* for dismissal of appeal unless the appellant, within twenty days from service of the order upon him, file a new undertaking to the same effect as the original.
All concur.
Ordered accordingly.